**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**
**Manchester DIVISION**

In re: WICKED GOOD PROPERTIES, LLC     §      Case No. 15-10369
                                            §
                                            §
                                            §
          Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

       Mark P. Cornell, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

       1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

       2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $357,865.52 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $79,144.76 | |

       3) Total gross receipts of $598,281.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $161,271.53 (see **Exhibit 2**), yielded net receipts of $437,010.28 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $593,735.00 | $317,455.05 | $317,455.05 | $317,455.05 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $79,144.76 | $79,144.76 | $79,144.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $320,211.13 | $468,721.95 | $405,171.95 | $40,410.47 |
| **TOTAL DISBURSEMENTS** | $913,946.13 | $865,321.76 | $801,771.76 | $437,010.28 |

4) This case was originally filed under chapter 7 on 03/11/2015.  The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     05/21/2018                              By: /s/ Mark P Cornell
                                                            Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2 Condominium, Roslindale, MA | 1110-000 | $598,281.81 |
| **TOTAL GROSS RECEIPTS** | | **$598,281.81** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PhD Corp | Unit 3 - HUD Line 501 - Excess Deposit Paid to PhD Corp. as division of equity per Doc. #67. See E-mail dated Friday, July 31, 2015 2:59 PM, from Scott Clifford.; $1,410.00 | 8500-000 | $161,271.53 |
| | Unit 3 - Payment to Co-owner of first $55,000 of sale proceeds + 50% of remaining net. See Doc. #67, Paragraph 6(d).; $159,861.53 | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$161,271.53** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BoFi FinancialConquest | 4110-000 | NA | $295,535.61 | $295,535.61 | $295,535.61 |
| | Coleman Law Office IOLTA Account | 4700-070 | NA | $723.88 | $723.88 | $723.88 |
| | Coleman Law Office IOLTA Account | 4700-070 | NA | $2,671.49 | $2,671.49 | $2,671.49 |
| | Scott Clifford, Attorney at Law | 4110-000 | NA | $18,524.07 | $18,524.07 | $18,524.07 |
| N/F | Alexander Schuck | 4110-000 | $0.00 | NA | NA | NA |
| N/F | CNY Capital, LLC | 4110-000 | $25,000.00 | NA | NA | NA |
| N/F | Carlo Cellai, Esq. Cellai Law Offices, P.C. | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Conquest Secured Lending Fund, LLC | 4110-000 | $300,000.00 | NA | NA | NA |
| N/F | Jackson Lumber And Millwork Co., Inc. | 4110-000 | $46,735.00 | NA | NA | NA |
| N/F | John S. Reidy, Esq. Bishop & Reidy, P.C. | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Jonathan M. Flagg, Esq. | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Joseph E. Creney and Lyssa Creney | 4110-000 | $170,000.00 | NA | NA | NA |
| N/F | Pensco Trust Company Custodian FBO Alexander D. Schuck | 4110-000 | $52,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$593,735.00** | **$317,455.05** | **$317,455.05** | **$317,455.05** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Mark P. Cornell | 2100-000 | NA | $33,050.00 | $33,050.00 | $33,050.00 |
| Trustee, Expenses - Mark P. Cornell | 2200-000 | NA | $123.07 | $123.07 | $123.07 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $1,050.00 | $1,050.00 | $1,050.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Coleman Law Office IOLTA Account | 2500-000 | NA | $3,667.76 | $3,667.76 | $3,667.76 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Field Resources, Inc | 2500-000 | NA | $1,320.00 | $1,320.00 | $1,320.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,492.91 | $2,492.91 | $2,492.91 |
| Attorney for Trustee Fees (Other Firm) - Michelle Kainen | 3210-000 | NA | $8,190.00 | $8,190.00 | $8,190.00 |
| Attorney for Trustee Expenses (Other Firm)  - Michelle Kainen | 3220-000 | NA | $1,331.02 | $1,331.02 | $1,331.02 |
| Accountant for Trustee Fees (Other Firm) - Duane A. Dagnese & Company, PA | 3410-000 | NA | $1,100.00 | $1,100.00 | $1,100.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Coleman Law Office IOLTA Account | 3510-000 | NA | $12,690.00 | $12,690.00 | $12,690.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Insight Realty Group Inc. and Maloney Properties | 3510-000 | NA | $14,130.00 | $14,130.00 | $14,130.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$79,144.76** | **$79,144.76** | **$79,144.76** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Benuck & Rainey. Inc | 7100-000 | NA | $4,544.53 | $4,544.53 | $503.99 |
| 2 | Pensco Trust Company Custodian FBO Alexander D. Schuck | 7100-000 | NA | $63,550.00 | $0.00 | $0.00 |
| 2-2 | Pensco Trust Company Custodian FBO Alexander D. Schuck c/o Flagg Law, PLLC | 7100-000 | NA | $63,550.00 | $63,550.00 | $7,047.71 |
| 3 | General Electric Co. by and through GE Appliances business unit c/o Elizabeth Alphin, Fultz Maddox Dicke | 7100-000 | NA | $4,210.00 | $4,210.00 | $466.89 |
| 4 | Brendan Ryan, Jr. | 7100-000 | NA | $49,188.51 | $49,188.51 | $5,455.02 |
| 5 | Grand Coast Capital Funding I, LLC c/o Lawrence M. Edelman, Esq. Pierce Atwood LLP | 7100-000 | NA | $47,570.83 | $47,570.83 | $5,275.62 |
| 6 | Advantage Fireplace, Inc. | 7100-000 | NA | $1,991.76 | $1,991.76 | $220.89 |
| 7 | M.E.A. Engineering Associates Inc. c/o Niederman, Stanzel & Lindsey | 7100-000 | NA | $19,680.58 | $19,680.58 | $2,182.58 |
| 8 | PhD Corp., LLC c/o Michael Askenaizer, Esq. | 7100-000 | NA | $35,000.00 | $35,000.00 | $3,881.51 |
| 9 | Putnam Concrete Forms, Inc. | 7100-000 | NA | $3,617.34 | $3,617.34 | $401.16 |
| 10 | Joseph Creney c/o John Reidy, Esq. | 7100-000 | NA | $131,151.33 | $131,151.33 | $14,544.72 |
| 11 | Erica Martin | 7100-000 | NA | $3,880.80 | $3,880.80 | $430.38 |

| 12 | Jackson Lumber & Millwork Co., Inc. | 7200-000 | NA | $40,786.27 | $40,786.27 | $0.00 |
|---|---|---|---|---|---|---|
| N/F | Advantage Fireplace, Inc. | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Aguasvivas Creative Real Estate Buyers, LLC | 7100-000 | NA | NA | NA | NA |
| N/F | Brendan Ryan, Jr. B&D Construction, LLC | 7100-000 | $48,519.00 | NA | NA | NA |
| N/F | Cam's Disposal | 7100-000 | $615.00 | NA | NA | NA |
| N/F | Casella Waste Systems, Inc | 7100-000 | $3,423.00 | NA | NA | NA |
| N/F | City Of Dover | 7100-000 | NA | NA | NA | NA |
| N/F | Curtis Gracie Framing | 7100-000 | $24,481.00 | NA | NA | NA |
| N/F | Cyr Lumber Company, Inc. | 7100-000 | $3,007.30 | NA | NA | NA |
| N/F | Doug Medvetz | 7100-000 | NA | NA | NA | NA |
| N/F | Dowgiert Construction Company, Inc. | 7100-000 | $19,200.00 | NA | NA | NA |
| N/F | Downeast Energy | 7100-000 | $192.00 | NA | NA | NA |
| N/F | EZ Disposal Service Inc | 7100-000 | $650.00 | NA | NA | NA |
| N/F | Erica Martin | 7100-000 | $4,200.00 | NA | NA | NA |
| N/F | Eversource | 7100-000 | $307.00 | NA | NA | NA |
| N/F | FMS Inc (Lending Club) | 7100-000 | $5,464.00 | NA | NA | NA |
| N/F | Family Pools | 7100-000 | $618.00 | NA | NA | NA |
| N/F | GE Appliance CFS Risk Management GEA | 7100-000 | $4,210.00 | NA | NA | NA |
| N/F | Grand Coast Capital Funding I, LLC | 7100-000 | $47,570.83 | NA | NA | NA |

| N/F | Granite City Supply Co | 7100-000 | $4,545.00 | NA | NA | NA |
| N/F | Hi-Ho Container Services, Inc | 7100-000 | $615.00 | NA | NA | NA |
| N/F | Home Depot | 7100-000 | $3,312.00 | NA | NA | NA |
| N/F | I3 Architects, PLLC | 7100-000 | $40,000.00 | NA | NA | NA |
| N/F | Jay M. Niederman, Esq. Niederman, Stanzel & Lindsey, PLLC | 7100-000 | NA | NA | NA | NA |
| N/F | John G. Cleary, Esq. | 7100-000 | NA | NA | NA | NA |
| N/F | Kadijah Hindu | 7100-000 | NA | NA | NA | NA |
| N/F | Kathleen DiFruscia, Esq. | 7100-000 | NA | NA | NA | NA |
| N/F | L&M Marble And Granite | 7100-000 | $3,265.00 | NA | NA | NA |
| N/F | Lawrence M. Edelman, Esq. PIERCE ATWOOD, LLP | 7100-000 | NA | NA | NA | NA |
| N/F | M.E.A. Engineering Associates, Inc. | 7100-000 | $19,681.00 | NA | NA | NA |
| N/F | MJ Electrical Services | 7100-000 | $5,833.00 | NA | NA | NA |
| N/F | National Grid | 7100-000 | $67.00 | NA | NA | NA |
| N/F | Nstar | 7100-000 | $64.00 | NA | NA | NA |
| N/F | Penn Credit | 7100-000 | NA | NA | NA | NA |
| N/F | People's United Bank | 7100-000 | NA | NA | NA | NA |
| N/F | Pete's Sewer Service | 7100-000 | $300.00 | NA | NA | NA |
| N/F | PhD Corporation, LLC | 7100-000 | NA | NA | NA | NA |
| N/F | Putnam Concrete Forms, Inc. | 7100-000 | $3,572.00 | NA | NA | NA |
| N/F | Ryan Horgan | 7100-000 | $50,000.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Scott J. Clifford, Esq. Epstein, Lipsey & Clifford, P.C. | 7100-000 | NA | NA | NA | NA |
| N/F | Wilder Plumbing | 7100-000 | $24,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$320,211.13** | **$468,721.95** | **$405,171.95** | **$40,410.47** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page:   1

Case No.:   15-10369

Case Name:   WICKED GOOD PROPERTIES, LLC

For Period Ending:   05/21/2018

Trustee Name:   (490010) Mark P. Cornell

Date Filed (f) or Converted (c):   03/11/2015 (f)

§ 341(a) Meeting Date:   04/09/2015

Claims Bar Date:   07/08/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2 Condominium, Roslindale, MA<br><br>2 Condominium, Roslindale, MA | 650,000.00 | 56,265.00 | | 598,281.81 | FA |
| 2 | Citizens Bank checking account overdrawn as of filing date in banks, savings and loan, building and loan, and associations, or credit brokerage houses, or<br><br>Citizens Bank checking account overdrawn as of filing date in banks, savings and loan, building and loan, and associations, or credit brokerage houses, or | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Joseph and Lyssa Creney<br><br>Joseph and Lyssa Creney | Unknown | Unknown | | 0.00 | FA |
| 4 | Claim against Grand Coast Capital Fund I, LLC relating to foreclosure of Dover, NH property counterclaims of the debtor, rights to setoff claims. Give value of each.<br><br>Claim against Grand Coast Capital Fund I, LLC relating to foreclosure of Dover, NH property counterclaims of the debtor, rights to setoff claims. Give value of each. | Unknown | Unknown | | 0.00 | FA |
| 4 | Assets Totals (Excluding unknown values) | **$650,000.00** | **$56,265.00** | | **$598,281.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

Tax Return(s). Debtor needs to file pre-petition returns.

Sale of final condo unit pending. Complete sale. Counsel resolving preference claims (liens on condos).

Initial Projected Date Of Final Report (TFR):   12/31/2015          Current Projected Date Of Final Report (TFR):   12/31/2016

05/21/2018

Date

/s/Mark P. Cornell

Mark P. Cornell

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 15-10369 | Trustee Name: | Mark P. Cornell (490010) |
|---|---|---|---|
| Case Name: | WICKED GOOD PROPERTIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8720 | Account #: | ******4700 Checking |
| For Period Ending: | 05/21/2018 | Blanket Bond (per case limit): | $12,100,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/10/15 | | Coleman Law Office IOLTA Account | Proceeds of sale of real estate (before payoff of mortgages) | | 106,271.54 | | 106,271.54 |
| | {1} | Yoko Chung & Paul Dunn | Sale of Unit 1 - See Doc. 30<br><br>$314,000.00 | 1110-000 | | | 106,271.54 |
| | {1} | Emily Weaver & John Duncan | Sale of Unit 3 - See Doc. 67<br><br>$282,000.00 | 1110-000 | | | 106,271.54 |
| | | PhD Corp | Unit 3 - HUD Line 501 - Excess Deposit Paid to PhD Corp. as division of equity per Doc. #67. See E-mail dated Friday, July 31, 2015 2:59 PM, from Scott Clifford.<br><br>-$1,410.00 | 8500-000 | | | 106,271.54 |
| | | BoFi FinancialConquest | Unit 1 - HUD Line 504 - Payoff of Mortgage to BoFi Financial Bank/Conquest Secured Lensing<br><br>-$295,535.61 | 4110-000 | | | 106,271.54 |
| | | PhD Corp | Unit 3 - Payment to Co-owner of first $55,000 of sale proceeds + 50% of remaining net. See Doc. #67, Paragraph 6(d).<br><br>-$159,861.53 | 8500-000 | | | 106,271.54 |
| | | | Unit 3 - HUD Line 1305, 1306 Recording Fees<br><br>-$150.00 | 2500-000 | | | 106,271.54 |
| | | | Unit 3 - HUD Line 1206 Recording Fee (6(d) Cert)<br><br>-$75.00 | 2500-000 | | | 106,271.54 |
| | | | Unit 3 - HUD Line 1203 Transfer Tax<br><br>-$1,285.92 | 2500-000 | | | 106,271.54 |
| | | | Unit 3 - HUD Line 508 Real Estate Taxes<br><br>-$723.88 | 4700-070 | | | 106,271.54 |
| | | | Unit 3 - HUD Line 506 Realtor Fees - See Doc. #30<br><br>-$12,690.00 | 3510-000 | | | 106,271.54 |
| | | Insight Realty Group Inc. and Maloney Properties | Unit 1 - HUD Line 506 Realtor Fees (See Doc. # 67)<br><br>-$14,130.00 | 3510-000 | | | 106,271.54 |
| | | | Unit 1 - HUD 1302, 1303, 1304, 1305, 1307 Recording Fees<br><br>-$675.00 | 2500-000 | | | 106,271.54 |
| | | | Unit 1, HUD Line 1306 Wire Fee<br><br>-$50.00 | 2500-000 | | | 106,271.54 |

Page Subtotals: **$106,271.54**   **$0.00**

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:  2

| | | |
|---|---|---|
| Case No.: | 15-10369 | |
| Case Name: | WICKED GOOD PROPERTIES, LLC | |
| Taxpayer ID #: | **-***8720 | |
| For Period Ending: | 05/21/2018 | |

| | |
|---|---|
| Trustee Name: | Mark P. Cornell (490010) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******4700 Checking |
| Blanket Bond (per case limit): | $12,100,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Unit 1 - HUD Line 1203 Transfer Tax | 2500-000 | | | 106,271.54 |
| | | | -$1,431.84 | | | | |
| | | Field Resources, Inc | Unit 1 - HUD Line 509 Closing Cost | 2500-000 | | | 106,271.54 |
| | | | -$1,320.00 | | | | |
| | | | Unit 1 - HUD Line 507 Real Estate Taxes | 4700-070 | | | 106,271.54 |
| | | | -$2,671.49 | | | | |
| | {1} | | Unit 1 - HUD Line 406 Credit for prepaid Property Taxes | 1110-002 | | | 106,271.54 |
| | | | $402.29 | | | | |
| | {1} | | Unit 1 - HUD Line 409 Credit For Condo Fees | 1110-002 | | | 106,271.54 |
| | | | $133.30 | | | | |
| | {1} | | Unit 1 - HUD Line 410 Insurance Adjustment | 1110-002 | | | 106,271.54 |
| | | | $496.63 | | | | |
| | {1} | | Unit 1 - HUD Line 412 - City/Town Tax Credit from Unit 2 | 1110-002 | | | 106,271.54 |
| | | | $781.72 | | | | |
| | {1} | | Unit 3 - HUD Line 406 Credit for Prepaid Taxes | 1110-002 | | | 106,271.54 |
| | | | $467.87 | | | | |
| 08/14/15 | 101 | Scott Clifford, Attorney at Law | 50% of Payoff of Mortgsages | 4110-000 | | 18,524.07 | 87,747.47 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 83.71 | 87,663.76 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 134.50 | 87,529.26 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 125.89 | 87,403.37 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 121.52 | 87,281.85 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 138.10 | 87,143.75 |
| 01/06/16 | 102 | Michelle Kainen | See Doc. #78 | | | 9,521.02 | 77,622.73 |
| | | | | 3210-000 | | | 77,622.73 |
| | | | $8,190.00 | | | | |
| | | | | 3220-000 | | | 77,622.73 |
| | | | $1,331.02 | | | | |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 112.65 | 77,510.08 |

| | | | **Page Subtotals:** | | **$0.00** | **$28,761.46** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:  3

| Case No.: | 15-10369 | Trustee Name: | Mark P. Cornell (490010) |
|---|---|---|---|
| Case Name: | WICKED GOOD PROPERTIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8720 | Account #: | ******4700 Checking |
| For Period Ending: | 05/21/2018 | Blanket Bond (per case limit): | $12,100,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 107.47 | 77,402.61 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 122.14 | 77,280.47 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 107.15 | 77,173.32 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 107.00 | 77,066.32 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 121.61 | 76,944.71 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 106.69 | 76,838.02 |
| 08/29/16 | 103 | Clerk, United States Bankruptcy Court | Filing Fees 15-01042, 15-01043, & 15-01045 | 2700-000 | | 1,050.00 | 75,788.02 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 121.23 | 75,666.79 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 108.58 | 75,558.21 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 104.76 | 75,453.45 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 115.45 | 75,338.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 108.06 | 75,229.94 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 115.40 | 75,114.54 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 100.83 | 75,013.71 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 111.49 | 74,902.22 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 100.55 | 74,801.67 |
| 05/07/17 | 104 | Duane A. Dagnese & Company, PA | See Doc. #83. | 3410-000 | | 550.00 | 74,251.67 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 118.13 | 74,133.54 |
| 06/14/17 | 105 | Duane A. Dagnese & Company, PA | See Doc. #90. | 3410-000 | | 550.00 | 73,583.54 |
| 10/02/17 | 106 | Mark P. Cornell | Combined dividend payments for Claim #FEE, TE Voided on 01/28/2018 | | | 33,173.07 | 40,410.47 |
| | | | Claims Distribution - Mon, 06-26-2017 $33,050.00 | 2100-000 | | | 40,410.47 |

| Page Subtotals: | $0.00 | $37,099.61 |
|---|---|---|

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

Exhibit 9
Page:   4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-10369 |
| **Case Name:** | WICKED GOOD PROPERTIES, LLC |
| **Taxpayer ID #:** | **-***8720 |
| **For Period Ending:** | 05/21/2018 |

| | |
|---|---|
| **Trustee Name:** | Mark P. Cornell (490010) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4700 Checking |
| **Blanket Bond (per case limit):** | $12,100,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Mon, 06-26-2017 | 2200-000 | | | 40,410.47 |
| | | | $123.07 | | | | |
| 10/02/17 | 107 | Benuck & Rainey. Inc | 15-10369 - WICKED GOOD PROPERTIES, LLC, Claim # 1 | 7100-000 | | 503.99 | 39,906.48 |
| 10/02/17 | 108 | Pensco Trust Company Custodian FBO Alexander D. Schuck c/o Flagg Law, PLLC | 15-10369 - WICKED GOOD PROPERTIES, LLC, Claim # 2-2 | 7100-000 | | 7,047.71 | 32,858.77 |
| 10/02/17 | 109 | General Electric Co. by and through GE Appliances business unit c/o Elizabeth Alphin, Fultz Maddox Dicke | 15-10369 - WICKED GOOD PROPERTIES, LLC, Claim # 3 | 7100-000 | | 466.89 | 32,391.88 |
| 10/02/17 | 110 | Brendan Ryan, Jr. | 15-10369 - WICKED GOOD PROPERTIES, LLC, Claim # 4 | 7100-000 | | 5,455.02 | 26,936.86 |
| 10/02/17 | 111 | Grand Coast Capital Funding I, LLC c/o Lawrence M. Edelman, Esq. Pierce Atwood LLP | 15-10369 - WICKED GOOD PROPERTIES, LLC, Claim # 5 | 7100-000 | | 5,275.62 | 21,661.24 |
| 10/02/17 | 112 | Advantage Fireplace, Inc. | 15-10369 - WICKED GOOD PROPERTIES, LLC, Claim # 6 | 7100-000 | | 220.89 | 21,440.35 |
| 10/02/17 | 113 | M.E.A. Engineering Associates Inc. c/o Niederman, Stanzel & Lindsey | 15-10369 - WICKED GOOD PROPERTIES, LLC, Claim # 7 | 7100-000 | | 2,182.58 | 19,257.77 |
| 10/02/17 | 114 | PhD Corp., LLC c/o Michael Askenaizer, Esq. | 15-10369 - WICKED GOOD PROPERTIES, LLC, Claim # 8 | 7100-000 | | 3,881.51 | 15,376.26 |
| 10/02/17 | 115 | Putnam Concrete Forms, Inc. | 15-10369 - WICKED GOOD PROPERTIES, LLC, Claim # 9 | 7100-000 | | 401.16 | 14,975.10 |
| 10/02/17 | 116 | Joseph Creney c/o John Reidy, Esq. | 15-10369 - WICKED GOOD PROPERTIES, LLC, Claim # 10 | 7100-000 | | 14,544.72 | 430.38 |
| 10/02/17 | 117 | Erica Martin | 15-10369 - WICKED GOOD PROPERTIES, LLC, Claim # 11 | 7100-000 | | 430.38 | 0.00 |
| 01/28/18 | 106 | Mark P. Cornell | Combined dividend payments for Claim #FEE, TE Voided: check issued on 10/02/2017 | | | -33,173.07 | 33,173.07 |
| | | | | 2100-000 | | | 33,173.07 |
| | | | $33,050.00 | | | | |
| | | | | 2200-000 | | | 33,173.07 |
| | | | $123.07 | | | | |
| 01/28/18 | 118 | Mark P. Cornell | Combined dividend payments for Claim #FEE, TE | | | 33,173.07 | 0.00 |
| | | | Claims Distribution - Mon, 06-26-2017 | 2100-000 | | | 0.00 |
| | | | $33,050.00 | | | | |
| | | | Claims Distribution - Mon, 06-26-2017 | 2200-000 | | | 0.00 |
| | | | $123.07 | | | | |
| | | | **Page Subtotals:** | | **$0.00** | **$40,410.47** | |

## Form 2

Exhibit 9
Page:  5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10369 | |
| **Case Name:** | WICKED GOOD PROPERTIES, LLC | |
| **Taxpayer ID #:** | **-***8720 | |
| **For Period Ending:** | 05/21/2018 | |

| | |
|---|---|
| **Trustee Name:** | Mark P. Cornell (490010) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4700 Checking |
| **Blanket Bond (per case limit):** | $12,100,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 106,271.54 | 106,271.54 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 106,271.54 | 106,271.54 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$106,271.54** | **$106,271.54** | |

# Form 2

Exhibit 9
Page: 6

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-10369 | **Trustee Name:** | Mark P. Cornell (490010) |
| **Case Name:** | WICKED GOOD PROPERTIES, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8720 | **Account #:** | ******4700 Checking |
| **For Period Ending:** | 05/21/2018 | **Blanket Bond (per case limit):** | $12,100,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4700 Checking | $106,271.54 | $106,271.54 | $0.00 |
| | **$106,271.54** | **$106,271.54** | **$0.00** |

| | |
|---|---|
| 05/21/2018 | /s/Mark P. Cornell |
| Date | Mark P. Cornell |